# United States District Court

SOUTHERN DISTRICT OF CALIFORNIA

In the Matter of the Search of

One Telfonica Movistar Cellular Telephone
Model TSM1
IMEI Number 354681005581789

**SEARCH WARRANT**

CASE NUMBER: 08 MJ 0316

FILED 2008 FEB 11 PM 4:36 CLERK US DISTRICT COURT SOUTHERN DISTRICT OF CALIFORNIA BY

TO: Special Agent Theodore Dekreek of ICE   and any Authorized Officer of the United States

Affidavit(s) having been made before me by   SA Theodore Dekreek of ICE   who has reason to
                                              Affiant

believe that ☐ on the person of or ☒ on the premises known as (name, description and/or location)

**See Attachment A**

in the Southern District of California there is now concealed a certain person or property, namely (describe the person or property)

**The items specified in Attachment B which are the fruits, instrumentalities and evidence concerning violations of Title 8, United States Code, Sections 1324.**

I am satisfied that affidavit(s) and any recorded testimony establish probable cause to believe that the person or property so described is now concealed on the person or premises above-described and establish grounds for the issuance of this warrant.

YOU ARE HEREBY COMMANDED to search on or before   2/11/08
                                                  Date
(not to exceed 10 days) the person or place named above for the person or property specified, serving this warrant and making the search in the daytime – 6:00 A.M. to 10:00 P.M. and if the person or property be found there to seize same, leaving a copy of this warrant and receipt for the person or property taken, and prepare a written inventory of the person or property seized and promptly return this warrant to the issuing U. S. Magistrate Judge, as required by law.

2/1/08 at 3:10pm                     at    San Diego, California
Date and Time Issued                        City and State

                                            [signature] Barbara L. Major
United States Magistrate Barbara L. Major
Name and Title of Judicial Officer          Signature of Judicial Office

AO 109 (2/90) Seizure Warrant

# RETURN

| DATE WARRANT RECEIVED | DATE AND TIME WARRANT EXECUTED | COPY OF WARRANT AND RECEIPT FOR ITEMS LEFT WITH |
|---|---|---|
| 2/1/08 | 2/4/08, 12:30 P.M. | AUSA TO DEFENSE COUNSEL - SUBJECT IN CUSTODY MCC |

**INVENTORY MADE IN THE PRESENCE OF**

ICE S/A M. MORGAN

**INVENTORY OF PERSON OR PROPERTY TAKEN PURSUANT TO THE WARRANT**

ONE TELEFONICA MOVISTAR CELLULAR TELEPHONE
MODEL TSM1
IMEI NUMBER 354681005581789

## CERTIFICATION

I swear that this inventory is a true and detailed account of the person or property taken by the warrant.

_Todd Delmont_

Subscribed, sworn to, and returned before me this date.

_____
U.S. Judge or Magistrate

FEB 1 1 2008
Date